## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  25-62236-CIV-DAMIAN

**ILDER DONAY MARTINEZ GOMEZ**,

     Petitioner,

v.

**MITCHELL DIAZ,** *et al.*,

     Respondents.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the parties' Joint Status Report ("Report") [ECF No. 22], filed on January 22, 2026. In the Status Report, the parties indicate that on January 14, 2026, Petitioner, Ilder Donay Martinez Gomez ("Petitioner"), was given a bond hearing before the Immigration Court, consistent with this Court's Order [ECF No. 21], and that he was released from custody on a bond of $7,500.00. *See generally* Report; ECF No. 22-1. With Petitioner's release from custody, it appears that the custody issue from which the initial Petition for Writ of *Habeas Corpus* [ECF No. 1] was predicated has been resolved, and no further matters relating to the Petition remain for this Court's review and adjudication. In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 2nd day of February, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record